**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000730
21-JUL-2021
10:41 AM
Dkt. 86 OAWST**

NO. CAAP-20-0000730


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TAYA ELIZABETH RIBAS-CESAR,
Plaintiff-Appellee/Cross-Appellee v.
SCOTT DAHLQUIST, Defendant/Third-Party Plaintiff-Appellant/
Cross-Appellee, ROE CORPORATIONS 1-15, JOHN DOES 1-15,
JANE DOES 1-5, ROE NON-PROFIT CORPORATIONS 1-5 and
ROE GOVERNMENTAL AGENCIES 1-5, Defendants,
ALICIA ANN NOBLE, Third Party Defendant-Appellee/Cross-Appellant,
and, HAWAIʻI HEALTH SYSTEMS CORPORATION
doing business as MAUI MEMORIAL MEDICAL CENTER,
Real Party in Interest-Appellee/Cross-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC111000409(3))


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal, filed July 14, 2021, by Defendant/Third-Party Plaintiff-Appellant/Cross-Appellee Scott Dahlquist, the papers in support, and the record, it appears that (1) the appeal and cross-appeal have been docketed; (2) the parties stipulate to dismiss the appeal and cross-appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is signed by counsel for all parties appearing in the appeal and

cross-appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal and cross-appeal are dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, July 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge